FILED
08 MAY 28 PM 3:04

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARRY ELDRIDGE
    Petitioner,

v.

RICHARD SUBIA, (Warden),
    Respondent,
_____/

Docket No. _____

PETITION FOR WRIT OF
HABEAS CORPUS ON MATTERS
EFFECTING SENTENCING ONLY

JSW

(PR)

From Judgment of the Superior Court

In And For The County of Santa Clara

Before Honorable Judge Robert M. Foley

_____
Harry Eldridge, IN Pro Se

Harry Eldridge H-06424
Mule Creek State Prison
P.O. Box 409060, C-13-244-L
Ione, CA 95640

By Person In State Custody

Assisted By Inmate Legal Assistant

TABLE OF CONTENTS

| | Page |
|---|---|
| **PETITION FOR WRIT OF HABEAS CORPUS** | 1-26 |
|     Statement Of The Case | 8-9 |
|     Procedural History | 10-12 |
| MEMORANDUM OF ARGUMENT AND AUTHORITIES | 13-26 |
|     Incorporation Of Records And Documents | 13 |
|     Request For Liberal Construction And Interpretation | 13 |
|     Jurisdiction | 13 |
|     Addressing Possible Procedural Impediments | 14-16 |
|         Successive Petitions | 14-15 |
|         Fundamental Miscarriage Of Justice | 15-16 |
|         Timeliness | 16 |
| **CLAIM I** | 17-24 |
| UPON RESENTENCING THE TRIAL COURT EXCEEDED IT'S JURISDICTION, AND VIOLATED PETITIONER'S STATE AND FEDERAL RIGHT TO DUE PROCESS OF THE LAW AND NOT TO BE TWICE PUT IN JEOPARDY FOR THE SAME OFFENSE | |
| **CLAIM II** | 25-26 |
| PETITIONER SUFFERED INEFFECTIVE ASSISTANCE OF BOTH TRIAL COUNSEL AND COUNSEL ON FIRST DIRECT APPEAL IN VIOLATION OF THE SIXTH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES | |
| CONCLUSION | 27 |
| SUPPORTING EXHIBITS PROVIDED IN SEPARATE VOLUME | |

TABLE OF AUTHORITIES

Page

FEDERAL CASE CITATIONS:

Coleman v. Thompson
(1991) 501 US 722 — 14-15

Cooks v. Spalding
(9th Cir. 1981) 660 F2d 738 — 24

Dugger v. Adams
(1989) 489 US 401 — 15

Edwards v. Carpenter
(2000) 529 US 446 — 15

Estelle v. McGuire
(1991) 502 US 62 — 23

Evitts v. Lucey
(1985) 465 US 387 — 15, 25

Fetterly v. Paskett
(9th Cir. 1993) 997 F2d 1295 — 24

Hicks v. Oklahoma
(1980) 447 US 343 — 23-24

Murray v. Carrier
(1986) 477 US 478 — 15

North Carolina v. Pearce
(1969) 395 US 711 — 19, 21

Oxborrow v. Ekenberry
(9th Cir. 1989) 877 F2d 1395 — 24

Sawyer v. Whitley
(1992) 505 US 333 — 5

Strickland v. Washington
(1984) 466 US 668 — 25-26

Tyley v. Cain
(2001) 533 US 656 — 14

Wainwright v. Sykes
(1977) 433 US 72 — 15

TABLE OF AUTHORITIES (Cont.)

<u>Page</u>

<u>STATE CASE CITATIONS</u>:

People v. Chagolla
(1983) 144 C3d 422     16

People v. Hanson
(2000) 23 Cal.4th 355     20-23, 26

People v. Henderson
(1963) 60 C2d 482     19-21, 26

People v. Price
(1986) 184 CA3d 1405     19

People v. Scott
(1994) 9 C4th 331     19

People v. Serrato
(1973) 9 C3d 753     19

<u>CALIFORNIA PENAL CODE SECTIONS</u>:

        136.1(C)(1)     8
        203     8
        236     8
        245 (A)     8
        261 (2)     8
        288 (A)(C)     8
        1202.4     18

<u>GOVERNMENT CODE SECTIONS</u>:

        13967 (a)     18

<u>UNITED STATES CONSTITUTIONAL AMENDMENTS</u>:

        6th     passim
        5th     passim
        14th     passim