1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| HARRY ELDRIDGE, | ) No. C 08-2683 JSW (PR) |
|---|---|
| Petitioner, | ) **JUDGMENT** |
| vs. | ) |
| RICHARD SUBIA, Warden, | ) |
| Respondent. | ) |

An order of judgment is hereby entered DISMISSING this action without prejudice.

IT IS SO ORDERED.

DATED: June 3, 2008

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY ELDRIDGE,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD SUBIA et al,<br><br>    Defendant._____/ | Case Number: CV08-02683 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harry Eldridge
H06424
P.O. Box 409060
Ione, CA 95640

Dated: June 3, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk