Harry Eldridge, H-06424
Mule Creek State Prison
P.O. Box 409060, C-13-244-L
Ione, CA 95640

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Harry Eldridge<br>Plaintiff,<br>vs.<br>Richard Subia, (Warden),<br>Defendant. | CASE NO. C 08-2683 JSW<br>**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |

I, Harry Eldridge, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________ Net: ____________

Employer: ____________

____________

If the answer is "no," state the date of last employment and the amount of the gross and net salary

__________ and indicate how much you contribute toward their support. (NOTE: For minor __________ children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_______________________________________________

_______________________________________________

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $__________ Amount of Mortgage: $__________

6. Do you own an automobile? Yes ___ No X

Make __________ Year __________ Model __________

Is it financed? Yes _____ No _____ If so, Total due: $ __________

Monthly Payment: $ __________

7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)

Name(s) and address(es) of bank: __________

_______________________________________________

Present balance(s): $ __________

Do you own any cash? Yes ___ No X Amount: $ __________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

_______________________________________________

8. What are your monthly expenses?

Rent: $ 0 Utilities: 0

Food: $ 0 Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

______________________________________________

______________________________________________

______________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ____ No X

b. Income from stocks, bonds, or royalties? Yes ____ No X

c. Rent payments? Yes ____ No X

d. Pensions, annuities, or life insurance payments? Yes ____ No X

e. Federal or State welfare payments, Social Security or other government source? Yes ____ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______________________________________________

______________________________________________

3. Are you married? Yes ____ No X

Spouse's Full Name: ______________________________________________

Spouse's Place of Employment: ______________________________________________

Spouse's Monthly Salary, Wages or Income:

Gross $________________ Net $________________

4. a. List amount you contribute to your spouse's support : $ ____________

b. List the persons other than your spouse who are dependent upon you for support

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-21-08 [signature]

DATE SIGNATURE OF APPLICANT

Case Number: ______________

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of HARRY LEE ELDRIDGE for the last six months at

[prisoner name]

Mule Creek State Prison where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ -0- and the average balance in the prisoner's account each month for the most recent 6-month period was $ -0- .

Dated: 5/28/08

[signature] CCI

[Authorized officer of the institution]

CALIFORNIA DEPARTMENT OF CORRECTIONS
MULE CREEK STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

REPORT D
PAGE

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 22, 2008

ACCOUNT NUMBER : H06424
ACCOUNT NAME : ELDRIDGE, HARRY LEE
PRIVILEGE GROUP: A

BED/CELL NUMBER: C 13000000
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTI[ONS] TO BE POST[ED] |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0[0] |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |